UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CARLOS JAVIER AMADOR RODAS,

    Petitioner,

v.

TODD BLANCHE, et al.,

    Respondents.

No. 1:26-CV-245-H

## ORDER

The petitioner, Carlos Javier Amador Rodas, filed a petition in May 2026 challenging his detention without bond. Dkt. No. 1. Today, the respondents filed their notice of intent to remove Amador Rodas. Dkt. No. 9. The notice states that Amador Rodas is now subject to a final order of removal. *Id.* at 1. He is thus subject to detention during the 90-day "removal period." 8 U.S.C. § 1231(a)(1)(A). And "[d]uring the removal period, detention is mandatory." *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021) (citing 8 U.S.C. § 1231(a)(2)).

Because Amador Rodas's detention is indisputably mandatory for the duration of the removal period, and because he does not contest his removability, the Court dismisses his petition (Dkt. No. 1) as moot.

So ordered on June 2 4, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE